1  David Edward May (SBN 083734)
   Law Office of Bruce S. Osterman
2  476 Jackson Street, 3rd Floor
   San Francisco CA 94111-1624
3  Tel:  415-399-3900
   Fax:  415-399-3920
4  Email: dem@bruceosterman.com

5  Appearing specially for defendants
   Cher Koon Teo, ISDN Holdings Ltd.,
6  Kong Deyang and Xu Xiuchun

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  FRANK CURTIS LOPEZ,              No. CV 10-04740 RGK (FFMx)

12                  Plaintiff,        ~~Proposed~~ Judgment

13  vs.

14  CHER KOON TEO, et al.,

15                  Defendants.

16

17      Following the motion of defendants Cher Koon Teo, ISDN Holdings Limited,

18  Kong Deyang and Xu Xiuchun to dismiss the above entitled action pursuant to

19  F.R.C.P. Rule 12(b), the Court issued its decision and order granting the motion and

20  entered the same in the minutes and docket on February 10, 2011. (Docket No. 36.)

21  For the reasons set forth in the decision (Docket No. 36),

22      IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs Frank Curtis

23  Lopez and Boon Far Lee take nothing by their complaint, that the action is hereby

24  dismissed on the merits and that defendants Cher Koon Teo, ISDN Holdings Limited,

25  Kong Deyang and Xu Xiuchun recover their costs.

26  Dated: 04-08-11

27                                    _____
                                      Hon. R. Gary Klausner, U.S. Dist. Judge